**Fill in this information to identify the case:**

Debtor 1 <u>DALE A. MILES, JR.</u>

Debtor 2 <u>NYRHEA N. MILES</u>
(Spouse, if filing)

United States Bankruptcy Court for the: <u>WESTERN DISTRICT OF LOUISIANA</u>

Case number <u>17-10049</u>

# Form 4100R

## Response to Notice of Final Cure Payment 10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor?** <u>U.S. Bank National Association not in its individual capacity but solely as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V, as serviced by Rushmore Loan Management Services</u>

Court Claim no. (if known): <u>9</u>

**Last 4 digits of any number you use to identify the debtor's account** <u>7015</u>

**Property Address:** <u>2400 WESLEY CIR</u>
Number    Street

<u>BOSSIER CITY, LA 71111</u>
City         State    Zip

### Part 2: Prepetition Default Payments

Check one

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $

### Part 3: Postpetition Mortgage Payments

Check one

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: <u>05/01/2022</u>
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.   Total postpetition ongoing payments due: (a) $

b.   Total fees, charges, expenses, escrow, and costs outstanding: (b) $

c.   **Total.** Add lines a and b. (c) $

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:
MM / DD / YYYY

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box*:

☐ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Ashley L. Cutler
   Signature

Date  04/29/2022

Print     Ashley L Cutler                           Title  Attorney for Creditor

Company   Dean Morris, L.L.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   1505 North 19th Street
          Number       Street
          Monroe, LA 71201
          City            State      Zip Code

Contact phone   (318) 388-1440       Email  ljacob@creditorlawyers.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| IN RE: DALE A. MILES, JR. | CASE NO. 17-10049 |
| NYRHEA N. MILES | CHAPTER 13 |

## CERTIFICATE OF SERVICE

I, Ashley L Cutler, hereby certify that I have notified the following interested parties of the Response to Notice of Final Cure Payment filed by U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS LEGAL TITLE TRUSTEE FOR RMTP TRUST, SERIES 2021 BKM-TT-V, AS SERVICED BY RUSHMORE LOAN MANAGEMENT SERVICES, as reflected on the foregoing notice, to-wit:

Dale A. Miles, Jr.
Nyrhea N. Miles
2400 Wesley Circle
Bossier City, LA 71111

Todd Johns
Trustee
POB 1770
Shreveport, LA 71166

Michele Cook
Attorney at Law
4070 Hwy. 80 E.
Haughton, LA 71037

Office of the U.S. Trustee
300 Fannin Street
Suite 3196
Shreveport, LA 71101

by mailing this notice and a copy of the Response to Notice of Final Cure Payment filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this the 29th day of April, 2022.

DEAN MORRIS, L.L.C.
1820 Avenue of America
P.O. Box 15270
Monroe, LA 71207-5270
(318) 388-1440

/S/Ashley L Cutler
ATTORNEY FOR CREDITOR